# Court of Appeals
# of the State of Georgia

ATLANTA,      August 18, 2016

*The Court of Appeals hereby passes the following order:*

**A16A2086.  SHERROD D. CLIETTE v. THE STATE.**

In March 2013, Sherrod Cliette pled guilty to theft by taking, and the trial court imposed an eight-year sentence, which Cliette was permitted to serve on probation with adjudication of guilt deferred under the conditional-discharge statute, OCGA § 16-13-2.  The trial court subsequently revoked Cliette's probation, adjudicated him guilty, and imposed a ten-year sentence in an order entered on April 6, 2016.  Cliette directly appeals this order in notices of appeal filed on June 2 and 9, 2016.  We lack jurisdiction for two reasons.

First, an appeal from the revocation of conditional-discharge probation and adjudication of guilt under OCGA § 16-13-2 must be initiated by an application for discretionary review under OCGA § 5-6-35 (a) (5).  See *Andrews v. State*, 276 Ga. App. 428, 430-431 (1) (623 SE2d 247) (2005).  Cliette's failure to comply with the necessary procedure deprives us of jurisdiction over his appeal.

Second, even if Cliette had a right of direct appeal here, this appeal is untimely.  A notice of appeal must be filed within 30 days of entry of the trial court order sought to be appealed.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995).  Both of Cliette's notices of appeal are untimely, as they were filed 57 and 64 days after entry of the trial court order he seeks to appeal.

For the above reasons, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,*_____08/18/2016_____
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*